IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BEN HAMPTON,

      Appellant,

      Case No. 5D21-2087
v.                   LT Case No. 2019-CF-15087-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Susanne K. Sichta and Rick A.
Sichta, of The Sichta Firm, LLC,
Jacksonville, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.